UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Armenian Genocide Museum and
Memorial, Inc.,

      Plaintiff,

v.

The Cafesjian Family Foundation, Inc.,
4001 Tamiami Trail, Suite 425
Naples, Forida 34103

      Defendant.

Civil File No. _____

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Case: 1:07-cv-01259
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/16/2007
Description: General Civil

    Defendant The Cafesjian Family Foundation, Inc. makes the following statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    1.    The Cafesjian Family Foundation, Inc. is a Florida non-profit corporation with no members and no shareholders.

    2.    Because there are no shares, no publicly held company owns any stock.

Dated: July 16, 2007

    **HOGAN AND HARTSON LLP**

    By: _/s/_
    Ty Cobb (D.C. Bar No. 270736)
    Peter C. Lallas (D.C. Bar No. 495944)
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004-1109
    Telephone: (202) 637-5600

    **AND**

    **BRIGGS AND MORGAN, P.A.**
    Timothy R. Thornton (Minn. #109630)
    Molly M. Borg (Minn. #0331922)
    2200 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402-2157
    (612) 977-8400
    **ATTORNEYS FOR DEFENDANT THE
    CAFESJIAN FAMILY FOUNDATION**

\\\\DC - 063844/000053 - 2575921 v1

2