UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CAFESJIAN FAMILY FOUNDATION, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil File No. 07-1259 (CKK) ) ) ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter C. Lallas, am a member in good standing of the bar of this Court. I hereby move that Molly Borg be permitted to represent defendant The Cafesjian Family Foundation in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for defendant. A Declaration of Ms. Borg in support of this Motion is appended hereto and incorporated by reference.

Respectfully submitted,

_____/s/   Peter C. Lallas_____
Ty Cobb (D.C. Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 495944)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

*Counsel for Defendant The Cafesjian Family Foundation*

Dated:  August 7, 2007

# DECLARATION OF MOLLY BORG

I, Molly Borg, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Minnesota and the United States District Court for the District of Minnesota.

2. I am associated with the law firm of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2157, (612) 977-8400.

3. I have never been admitted *pro hac vice* in this Court.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

Dated: August 6, 2007

                                                             Molly Borg