UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., | Civil File No. 07-1259 (CKK) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| The Cafesjian Family Foundation, Inc., | |
| Defendant. | |

Pursuant to LCvR 83.6, please enter the appearance of David T. Case and the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP as counsel for Plaintiff Armenian Genocide Museum and Memorial, Inc. in the above captioned matter.

Dated August 9, 2007                **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:   /s/ David T. Case
David T. Case (D.C. Bar No. 384062)
1601 K Street, NW
Washington, D.C. 20006
Tel:   (202) 778-9000
Fax:   (202) 778-9100

Counsel for Plaintiff
Armenian Genocide Museum and Memorial, Inc.