UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., | Civil File No. 07-1259 (CKK) |
| Plaintiff, | **RULE 7.1 DISCLOSURE** |
| v. | |
| The Cafesjian Family Foundation, Inc., | |
| Defendant. | |

Plaintiff Armenian Genocide Museum and Memorial, Inc. makes the following statements pursuant to LCvR 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure:

1. Armenian Genocide Museum and Memorial, Inc. is a District of Columbia non-profit corporation with no members, no stock and no shareholders.

2. No publicly held company owns any stock in Armenian Genocide Museum and Memorial, Inc.

Dated: August 9, 2007

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By: /s/ David T. Case
David T. Case (D.C. Bar No. 384062)
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

Counsel for Plaintiff
Armenian Genocide Museum and Memorial, Inc.