UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Cafesjian Family Foundation, Inc., <br><br> Defendant. | Civil File No. 07-1259 <br> (Judge C. Kollar-Kotelly) <br><br> **DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE** |

The Cafesjian Family Foundation, Inc. ("CFF") seeks leave to allow CFF to appear by telephone at the Initial Scheduling Conference scheduled for Wednesday, October 16, 2007 at 9:15 a.m. CFF's lead counsel offices in Minnesota and participating in the Initial Scheduling Conference by telephone would save CFF significant travel expenses and further undue burden. The Armenian Genocide Museum & Memorial, Inc. has no objection to CFF's request to appear by telephone.

WHEREFORE, CFF requests that the Court grant the motion for CFF to appear and participate in the Initial Scheduling Conference by telephone.

Dated: September 18, 2007

**BRIGGS AND MORGAN, P.A.**
By:  s/ Molly M. Borg
    Timothy R. Thornton (Minn. #109630)
    Molly M. Borg (Minn. #0331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
(612) 977-8400

    **AND**

**HOGAN AND HARTSON LLP**
By:   s/ Peter C. Lallas
    Ty Cobb (D.C. Bar No. 270736)
    Peter C. Lallas (D.C. Bar No.495944)
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

**ATTORNEYS FOR DEFENDANT THE CAFESJIAN FAMILY FOUNDATION**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., | Civil File No. 07-1259 (Judge C. Kollar-Kotelly) |
| Plaintiff, | |
| v. | **ORDER** |
| The Cafesjian Family Foundation, Inc., | |
| Defendant. | |

This matter is before the Court on defendant The Cafesjian Family Foundation, Inc.'s Motion for Leave to Appear by Telephone at the initial scheduling conference on October 16, 2007 at 9:15 a.m. Plaintiff Armenian Genocide Museum and Memorial, Inc. does not oppose defendant's request. Accordingly, **IT IS HEREBY ORDERED** that defendant's motion is **GRANTED**.

Dated: _____

                                                        _____
                                                        Colleen Kollar-Kotelly
                                                        United States District Court Judge