UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., | Civil File No. 07-1259 (CKK) |
| Plaintiff, | |
| v. | |
| The Cafesjian Family Foundation, Inc., | |
| Defendant. | |

## JOINT REPORT REGARDING 26(f) CONFERENCE

The parties to the above-captioned action convened on September 24, 2007 by telephone conference call to conduct the Rule 26(f) conference in this matter. Each of the issues identified in Local Rule 16.3(c) was discussed during the parties' conference. The parties' agreements regarding these items are set forth below.

Participating in the telephone conference were Plaintiff Armenian Genocide Museum and Memorial, Inc., represented by David T. Case of Kirkpatrick & Lockhart Preston Gates Ellis LLP, and Defendant The Cafesjian Family Foundation, Inc., represented by Molly M. Borg of Briggs and Morgan, P.A.

1. <u>Resolution by Dispositive Motion</u>. The parties expect that this case may be likely to be resolved by dispositive motion, likely by summary judgment motion, after the close of discovery.

2. <u>Joinder of Parties and Amendment of Pleadings</u>. The parties agree that the deadline for joining additional parties and amending pleadings should be November 1, 2007.

3. <u>Assignment to a Magistrate Judge</u>. The parties do not consent to assignment of this case to a magistrate judge for all purposes.

4. <u>Settlement</u>. The parties agree that it may be fruitful to discuss the possibility of settlement, after discovery that can help the parties have a better understanding of the facts of this case.

5. <u>Alternative Dispute Resolution</u>. If settlement is not achieved on an informal basis, the parties expect that they will likely avail themselves of either the Court's mediation program or a neutral case evaluator, most likely after the close of discovery.

6. <u>Summary Judgment</u>. The parties agree that motions for summary judgment may be appropriate in this case. The parties agree to file such motions by May 15, 2008, with opposition memoranda due within 30 days thereafter, and reply memoranda due 15 days after filing of opposition memoranda. The parties propose that a decision on the motions be made within 60 days after the filing of the reply memoranda, or by approximately September 1, 2008.

7. <u>Initial Disclosures</u>. The parties agree that the initial disclosures should occur in this case, and they agree that the timing of these disclosures should be set for 30 days after entry of the scheduling order by the Court. No changes to the scope and form of the initial disclosures were discussed or agreed to.

8. <u>Discovery Schedule</u>. The parties agree that approximately six months will be needed to complete fact discovery, with written discovery to be completed by February 15, 2008, and all discovery to be completed by April 15, 2008. The parties further agree that the limitations on discovery set forth in Federal Rules 30 and 33 should apply without modification. The parties further agree to confer in good faith in the event that any party later believes that modification of the discovery limitations would be appropriate.

9. <u>Expert Witnesses</u>.  The parties agree that Plaintiff would designate its expert witnesses, if any, first and that such designation and expert disclosure would occur by February 1, 2008, and that Defendant would designate its expert witnesses, if any, and provide related disclosures by March 14, 2008.

10. <u>Class Actions</u>.  Not applicable.

11. <u>Bifurcation</u>.  The parties agree that no bifurcation is needed in this case.

12. <u>Pre-Trial Conference Date</u>.  The parties agree that the date for the pre-trial conference should not be set at this time, but should occur approximately 60 days after the Court's decision on any summary judgment motions.

13. <u>Trial Date</u>.  The parties agree that a trial date should be set at the pretrial conference from 30 to 60 days after that conference.

                                      Respectfully submitted,

Dated:  October 8, 2007        **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

                              By:     /s/ David T. Case
                                         David T. Case (D.C. Bar No. 384062)
                                         1601 K Street, N.W.
                                         Washington, D.C. 20006
                                         Tel:  (202) 778-9000
                                         Fax:  (202) 778-9100

Counsel for Plaintiff
Armenian Genocide Museum and Memorial, Inc.

**HOGAN AND HARSTON LLP**
Ty Cobb (DC Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 384062)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel:  (202) 637-5600

AND

**BRIGGS AND MORGAN, P.A.**

  /s/ Molly M. Borg
Molly M. Borg (Minn. #0331922) (Pro Hac Vice)
Timothy R. Thornton (Minn. #109630)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

Counsel for Defendant
The Cafesjian Family Foundation, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Armenian Genocide Museum and
Memorial, Inc.,

        Plaintiff,

v.

The Cafesjian Family Foundation, Inc.,

        Defendant.

Civil File No. 07-1259 (CKK)

## SCHEDULING ORDER

Having reviewed the parties' Joint Report Regarding 26(f) Conference, it is hereby ORDERED, that the following schedule and other orders will control in this case:

1. Initial disclosures pursuant to Rule 26(a)(1) shall be exchanged by the parties within 30 days after entry of this Order.

2. Fact discovery shall commence upon the entry of this Order and shall be completed by April 15, 2008, with all written fact discovery to be completed by February 15, 2008.

3. The deadline for moving to join additional parties and to amend pleadings shall be November 1, 2007.

4. Plaintiff shall identify and make disclosure with respect to any testifying expert(s) by February 1, 2008. Defendant shall identify and make disclosure with respect to any of its testifying expert(s) by March 14, 2008.

5. Summary judgment motions shall be filed by May 15, 2008. Opposition memoranda shall be filed within 30 days after the filing of summary judgment motions, and

reply memoranda shall be filed and served within 15 days after the filing of opposition memoranda.

      6.      The Court shall set a pre-trial conference date in conjunction with any decisions by the Court on the parties' summary judgment motions, such pre-trial conference to occur approximately 60 days after resolution of such motions.

      7.      The date for trial shall be set at the pre-trial conference.

IT IS SO ORDERED.

Date: _____                                _____

                                                                                   United States District Judge