UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMENIAN GENOCIDE MUSEUM AND
MEMORIAL, INC.,

    Plaintiff,

    v.

THE CAFESJIAN FAMILY
FOUNDATION, INC.,

    Defendant.

Civil Action No. 07-1259 (CKK)

**ORDER**
(October 16, 2007)

In accordance with the proceedings held on the record at an initial scheduling conference held on October 16, 2007, it appears to the Court that all parties have consented to mediation.

Accordingly, it is this 16th day of October, 2007, hereby

**ORDERED** that this case is referred to Magistrate Judge Alan Kay for mediation; it is further

**ORDERED** that the Clerk's Office shall issue a Form 299 referring the case to Magistrate Judge Kay; it is further

**ORDERED** that counsel and parties, including persons with settlement authority attend mediation; it is further

**ORDERED** that mediation efforts shall extend from October 16, 2007, through January

24, 2008; and it is further

   **ORDERED** that should the parties fail to resolve this case through their pre-discovery

mediation efforts, a status conference in this case shall be set for Friday, January 25, 2008, at

11:30 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.


                                    _____/s/_____
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge

cc:    Magistrate Judge Kay