UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

Armenian Genocide Museum and
Memorial, Inc.,

   Plaintiff,

v.

The Cafesjian Family Foundation, Inc.,

   Defendant.

Civil File No. 07-1259 (CKK)

---

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David T. Case am a member in good standing of the bar of this Court. I hereby move that Naoka E. Carey be permitted to represent Plaintiff Armnenian Genocide Museum and Memorial, Inc. in the above captioned action for all matters related to this case, in addition to counsel of record who have already appeared for plaintiff. A Declaration of Ms. Carey in support of this motion is appended hereto and incorporated by reference.

Dated November 28, 2007

        **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

      By: /s/ David T. Case
        David T. Case (D.C. Bar No. 384062)
        1601 K Street, NW
        Washington, D.C. 20006
        Tel: (202) 778-9000
        Fax: (202) 778-9100

        Counsel for Plaintiff
        Armenian Genocide Museum and Memorial, Inc.

## DECLARATION OF NAOKA E. CAREY

I, Naoka E. Carey, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Massachusetts and the District of Columbia, and the United States District Court for Massachusetts.

2. I am associated with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis, LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111

3. I have never been admitted *pro hac vice* in this Court.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the local Rules of this court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

_____
Naoka E. Carey

Dated: November 20, 2007