UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc. | Civil File No. 07-1259 (Judge C. Kollar-Kotelly) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE** |
| The Cafesjian Family Foundation, Inc. | |
| Defendants | |

_____

Plaintiff Armenian Genocide Museum and Memorial, Inc. seeks leave to allow its lead counsel, Arnold Rosenfeld, to appear by telephone at the Status Conference on Friday, February 8, 2008 at 9:00 a.m. Mr. Rosenfeld has extensive knowledge of the matters involved in this case. His offices are in Boston and participating in the Status Conference by telephone would save Plaintiff significant travel expenses and further undue burden. The Cafesjian Family Foundation, Inc., has no objection to Plaintiff's request to have Mr. Rosenfeld appear by telephone.

WHEREFORE, Plaintiff requests that the Court grant the motion for Mr. Rosenfeld to appear and participate in the Status Conference by telephone.

Dated: February 6, 2008

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:   \_\_/s/ David T. Case_____
David T. Case (D.C. Bar No. 384062)
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

Counsel for Defendant Armenian Genocide Museum and Memorial, Inc.

DC-989980 v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc. | Civil File No. 07-1259 (Judge C. Kollar-Kotelly) |
| Plaintiff, | |
| v. | **ORDER** |
| The Cafesjian Family Foundation, Inc. | |
| Defendants | |

_____

This matter is before the Court on Plaintiff Armenian Genocide Museum and Memorial, Inc.'s Motion for Leave to Appear by Telephone at the status conference scheduled for February 8, 2008 at 9:00 a.m. Defendant The Cafesjian Family Foundation, Inc. does not oppose Plaintiff's request. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED.**

Dated: _____

_____
Colleen Kollar-Kotelly
United States District Court Judge

DC-989972 v1