UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., | Civil File No. 07-1259 (CKK) |
| Plaintiff, | |
| v. | **STATUS REPORT AS TO DISCOVERY PLAN** |
| The Cafesjian Family Foundation, Inc., | |
| Defendant. | |

Pursuant to the Court's February 8, 2008 Scheduling and Procedures Order, the parties submit this joint Status Report as to Discovery Plan.

The parties will endeavor to exchange written discovery requests on or around March 17, 2008. Responses to these discovery requests will be due within 30 days of service, or on or around April 18, 2008. Additional written discovery shall be served no later than May 21, 2008, in order to comply with the June 20, 2008 written discovery deadline.

Plaintiffs anticipate taking two depositions: (1) John Waters, (2) Gerard Cafesjian, and (3) Ross Vartian. John Waters will deposed on June 18, 2008 in Minneapolis. Gerard Cafesjian will be deposed on June 19, 2008 in Minneapolis. Ross Vartian will be deposed in Washington D.C. on June 16, 2008 at 2:00 p.m.

Defendants anticipate taking two depositions: (1) 30(b)(6) deposition of AGM&M and (2) Hirair Hovnanian. The Rule 30(b)(6) deposition will take place in

2145175v2

Washington D.C. on June 16, 2008 at 10:00 a.m.  Hirair Hovnanian will be deposed on June 17, 2008 in Tinton Falls, New Jersey at Mr. Hovnanian's office.

The parties will conduct expert discovery as required by the Court's scheduling order.  Expert depositions, if any, will occur between July 21, 2008 and August 20, 2008.

The parties agree to modify this discovery plan as necessary.


Dated:  February 20, 2008          **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

                                   By:     /s/  David. T. Case
                                           David T. Case (D.C. Bar No. 384062)
                                           Bruce Nielson
                                           1601 K Street, N.W.
                                           Washington, D.C. 20006
                                           Tel:  (202) 778-9000
                                           Fax:  (202) 778-9100

                                           AND

                                               /s/ Arnold R. Rosenfeld
                                           Arnold R. Rosenfeld
                                           Naoka E. Carey
                                           One Lincoln Street
                                           Boston, MA 02111
                                           Tel: (617) 261-3155
                                           Fax: (617) 261-3175

                                   **COUNSEL FOR PLAINTIFF**

2145175v2                                    2

**BRIGGS AND MORGAN, P.A.**

By:     /s/ Molly M. Borg
        Timothy R. Thornton (Minn. #109630)
        Molly M. Borg (Minn. #0331922)
        2200 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402-2157
        (612) 977-8400

**AND**

**HOGAN AND HARSTON LLP**

By:    /s/ Peter C. Lallas
        Ty Cobb (DC Bar No. 270736)
        Peter C. Lallas (D.C. Bar No. 384062)
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004-1109
        Tel:  (202) 637-5600

**COUNSEL FOR DEFENDANT**