IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Cafesjian Family Foundation, Inc. and John J. Waters, Jr., <br><br> Defendants. | Civil File No. 1:07-1259 (CKK) <br> Status hearing: September 4, 2008 <br> (10:00 a.m.) |

### NOTICE OF APPEARANCE

Please take notice that Thomas F. Cullen, Jr. of the law firm Jones Day, hereby enters his appearance as counsel in this case for Defendants the Cafesjian Family Foundation, Inc., and John J. Waters, Jr.

Dated: June 4, 2008

Respectfully submitted,

_____
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: tfcullen@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance of Thomas F. Cullen, Jr. was served via electronic mail on:

Arnold R. Rosenfeld, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Arnie.rosenfeld@klgates.com

THIS 4th day of June, 2008.

Respectfully submitted,

/s/ Nancy L. Berardinelli-Krantz
Nancy L. Berardinelli-Krantz
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3671
Fax:   (202) 626-1700
Email: nbkrantz@jonesday.com