# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>The Cafesjian Family Foundation, Inc. and John J. Waters, Jr.,<br><br>Defendants. | Civil File No. 1:07-1259 (CKK)<br>Status hearing: September 4, 2008 (10:00 a.m.) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Thomas F. Cullen, Jr., am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2(d), I hereby move that Nancy L. Berardinelli-Krantz be permitted to represent Defendants the Cafesjian Family Foundation, Inc. and John J. Waters, Jr. in the above-captioned action for all matters relating to this case, in addition to counsel of record who have already appeared for the Defendants. A Declaration of Ms. Berardinelli-Krantz in support of this Motion and a proposed order are attached.

Dated:  June 6, 2008

Respectfully submitted,

Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email: tfcullen@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission of Counsel *Pro Hac*

*Vice* was served via electronic mail on:

David Taylor Case, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC  20006
david.case@klgates.com

Arnold R. Rosenfeld, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
arnie.rosenfeld@klgates.com

Naoka E. Carey, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
naoka.carey@klgates.com


THIS 6th day of June, 2008.



Respectfully submitted,

/s/ Nancy L. Berardinelli-Krantz
Nancy L. Berardinelli-Krantz
51 Louisiana Avenue N.W.
Washington, D.C.  20001
Phone:  (202) 879-3671
Fax:      (202) 626-1700
Email:  nbkrantz@jonesday.com

## DECLARATION OF NANCY L. BERARDINELLI-KRANTZ

I, Nancy L. Berardinelli-Krantz, hereby declare the following:

1. My full name is Nancy L. Berardinelli-Krantz;

2. My office address is Jones Day, 51 Louisiana Avenue NW, Washington, D.C. 20001,

   202-879-3671;

3. I am currently admitted to the Ohio State Bar;

4. I am a member in good standing of the Ohio State Bar and have never been

   suspended or disbarred or otherwise subject to disciplinary proceedings by any bar;

5. I have not previously been admitted *pro hac vice* to the bar of this Court within the

   past two years;

6. I engage in the practice of law from an office located in the District of Columbia and

   I have an application for membership to the District of Columbia Bar pending.


I declare under penalty of perjury that the foregoing is true and correct.


June 6, 2008

Nancy L. Berardinelli-Krantz
51 Louisiana Avenue N.W.
Washington, D.C., 20001
Phone:  (202) 879-3671
Fax:      (202) 626-1700
Email:  nbkrantz@jonesday.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Cafesjian Family Foundation, Inc. and John J. Waters, Jr., <br><br> Defendants. | Civil File No. 1:07-1259 (CKK) |

## ORDER

Upon consideration of the Motion for admission of counsel *pro hac vice*,

It is hereby ORDERED that the Motion is granted and that Nancy L. Berardinelli-Krantz is admitted *pro hac vice* in this matter.

SO ORDERED, this ___ day of _____, 2008.

_____

COLLEEN KOLLAR-KOTELLY

United States District Judge