IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Cafesjian Family Foundation, Inc. and John J. Waters, Jr., <br><br> Defendants. | Civil File No. 1:07-1259 (CKK) <br> Status hearing: September 4, 2008 <br> (10:00 a.m.) |

**NOTICE OF CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, Nancy L. Berardinelli-Krantz, hereby certify that I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

June 12, 2008

Respectfully submitted,

_/s/ Nancy L. Berardinelli-Krantz_
Nancy L. Berardinelli-Krantz (OH # 0075692)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3671
Fax:    (202) 626-1700
Email:  nbkrantz@jonesday.com