**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Armenian Genocide Museum and Memorial, Inc.<br><br>                Plaintiff,<br><br>v.<br><br>The Cafesjian Family Foundation, Inc., and John J. Waters, Jr.<br><br>                Defendants. | Civil File No. 1:07-cv-01259 (CKK)<br><br>**Status Hearing: September 4, 2008 (10:00 a.m.)** |

**JOINT MOTION TO REVISE
SCHEDULING AND PROCEDURES ORDER DATED FEBRUARY 8, 2008**

The Armenian Genocide Museum and Memorial, Inc. ("Plaintiff"), and the Cafesjian Family Foundation, Inc., and John J. Waters, Jr. ("Defendants") (hereinafter collectively "the Parties") by and through their counsel, respectfully move this Court to revise in part the case schedule established in its February 8, 2008 Scheduling and Procedures Order ("Scheduling Order") in accordance with the proposed schedule set forth below. As reason therefore, the Parties state that, as the result of Defendants' retention of new counsel in early June, and the Parties' efforts to negotiate the dismissal of certain related matters, the Parties require a modest revision in the discovery schedule. The Parties have not previously sought any extensions or revisions in the discovery schedule. The Parties further state as follows:

1.  Pursuant to the Scheduling Order, the parties were to complete written discovery in this matter by June 20, 2008, with all discovery to be completed by August 22, 2008, and a Status Conference on September 4, 2008.

2.  The Parties made diligent efforts to comply with the Scheduling Order, including exchanging initial written discovery, including Requests for Production of Documents

BOS-1208691 v3

and Interrogatories. As set forth in the Parties' Status Report regarding Discovery filed on February 20, 2008, the Parties initially planned on conducting depositions in this matter in June, well in advance of the August 22, 2008 deadline.

3. In late May, the Parties preliminarily agreed to seek a short extension of the written discovery deadline in order to permit the parties to propound any written discovery that might be necessary in light of information discovered at the depositions.

4. In early June, Defendants retained new counsel in this matter.

5. Since Defendants have retained new counsel, the Parties have engaged in discussions regarding the dismissal of two of the three related actions currently pending in Minnesota, and the transfer of one of those actions to the District of Columbia.[1] As part of those discussions, the Parties agreed to defer the depositions scheduled in this matter, in order to allow the Parties to focus on the structure for the dismissal, transfer, and or consolidation of the other actions, and in order to provide Defendants' new counsel with time to familiarize themselves with the cases.

6. The Parties have agreed on the following proposed revised schedule, which they believe will permit the case to proceed expeditiously to resolution:

| **Deadline** | **Action** |
| --- | --- |
| August 1, 2008 | Motions to Amend Pleadings/Join Additional Parties to be served |
| August 22, 2008 | Depositions of fact witnesses to be completed (The Parties have agreed that the rescheduled depositions will address matters related to all of the pending actions.) |

---

[1] One of the two cases, 8th Circuit Docket No. 08-2006/08-1744, has already been dismissed. The Parties are currently preparing the filings necessary to address the other two cases, which they anticipate will be filed very shortly.

|  |  |
|---|---|
| September 5, 2008 | All written discovery to be served. Plaintiffs to serve expert reports and other materials per Rule 26(a)(2) |
| October 3, 2008 | Defendants to serve expert reports and other materials per Rule 26(a)(2) |
| October 31, 2008 | Close of expert and written discovery |
| November 21, 2008 | Deadline for Motions for Summary Judgment |

7. The Parties are committed to maintaining a schedule that will bring this case to expeditious resolution. The Parties agreed to maintain the Court's August 22, 2008 discovery deadline with respect to all non-expert deposition discovery, permitting only a short window extending the written discovery window to allow for any follow up discovery that may be warranted in light of the depositions. The Parties further agreed, subject to the Court's approval, on a proposed deadline for Motions for Summary Judgment, in order to keep the case on track for final resolution. The Parties further agree to maintain the currently scheduled September 4, 2008 Status Conference, to the extent the Court believes it would be useful.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and adopt the proposed case schedule set forth herein.

Dated: June 26, 2008     By:     **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

    /s/ David T. Case
David T. Case (D.C. Bar No. 384062)
Bruce H. Nielson (D.C. Bar No. 414440)
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

AND

/s/
Arnold R. Rosenfeld (MA Bar No. 428860)
Naoka E. Carey (MA Bar No. 655312)
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3155
Fax: (617) 261-3175

**ATTORNEYS FOR PLAINTIFF**

Dated: June 26, 2008     By:     **JONES DAY**

/s/
Thomas F. Cullen (D.C. Bar No. 224733)
Nancy L. Berardinelli-Krantz (Ohio Bar No. 0075692),
admitted *pro hac vice*
51 Louisiana Avenue, NW
Washington, D.C. 20001-2105
Tel: (202) 879-3939

**ATTORNEYS FOR DEFENDANTS**