UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Armenian Genocide Museum and Memorial, Inc.<br><br>                Plaintiff,<br><br>v.<br><br>The Cafesjian Family Foundation, Inc., and John J. Waters,<br><br>                Defendants. | Civil File No. 1:07-cv-01259 (CKK) |

## NOTICE OF NAME CHANGE

Counsel for Plaintiff, The Armenian Genocide Museum and Memorial, Inc., hereby notifies the Court and counsel that effective July 1, 2008 the law firm Kirkpatrick & Lockhart Preston Gates Ellis LLP officially changed its name to K&L Gates LLP. All other contact information remains the same.

                Respectfully submitted,

Dated: July 15, 2008        **K&L GATES LLP**

        By:   /s/ David T. Case
              David T. Case (D.C. Bar No. 384062)
              Bruce Nielson (D.C. Bar No. 414440)
              1601 K Street, N.W.
              Washington, D.C. 20006
              Tel: (202) 778-9000
              Fax: (202) 778-9100

        AND

       /s/
Arnold R. Rosenfeld (MA Bar No. 428860)
Naoka E. Carey (MA Bar No. 655312)
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3155
Fax: (617) 261-3175

**COUNSEL FOR PLAINTIFF**