IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Armenian Genocide Museum and Memorial, Inc., *Plaintiff*, v. The Cafesjian Family Foundation, Inc.; and John J. Waters, Jr., *Defendants*. | Civil. File No. 1:07-cv-01259 (CKK) Status hearing: November 3, 2008 (9:00 AM) |

## NON-OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE

The Defendants, The Cafesjian Family Foundation, Inc. ("CFF") and John J. Waters, Jr. ("Waters"), respectfully submit this non-opposition to the Plaintiff's July 25, 2008 Motion to Consolidate (Doc. No. 39). As the Court is well aware, Defendants' new counsel have heretofore been taking several actions in preparation for an ultimate consolidation of the several lawsuits arising out of AGM&M's violation of its obligations under the Grant and Transfer agreements, and Defendants' counsel have been transparently and openly working to achieve that goal. *See, e.g.*, Doc. No. 37 at 1-2 & n.1 ("out of a desire to streamline the multiple suits between the parties, CFF and Mr. Waters have now released [the Memorandum of Agreement]"); *Cafesjian Family Found. et al. v. Armenian Genocide Museum & Memorial et al.,* No. 1:07-cv-01746-RWR, Doc. No. 37-1, at ¶¶ 2, 5 (July 17, 2008) ("Allowing amendment in this case, however, will facilitate the streamlining and consolidation of all outstanding cases related to the AGM&M dispute into a single forum, and thus will help all parties avoid the perpetuation of multiple suits involving the same players and the same background issues of fact and law"); *Armenian Assembly of Am., Inc. et al. v. Cafesjian et al.*, No. 1:08-cv-00255-CKK, Doc. No. 23

at 1-2 (July 17, 2008) ("Since [new counsel entered their appearance], Defendants have undertaken significant efforts to dismiss and/or consolidate several of those actions . . . in an effort to streamline this litigation for the convenience of the courts and the parties.")

Defendants' non-opposition to consolidation is without prejudice to the ability to file a reply in support of Defendants' Suggestion of Mootness (Doc. No. 37), and is without prejudice to Defendants' ability to file an opposition to AGM&M's July 23, 2008 Motion for Leave to File a Second Amended Complaint (Doc. No. 38). Defendants also reserve the right to file a motion to amend the current discovery schedule, in light of the large number of additional claims that will be heard in this Court as a result of any consolidation.

Dated: July 29, 2008

Respectfully submitted,

/s/ Nancy Berardinelli-Krantz_____
Thomas F. Cullen (D.C. Bar No. 224733)
Nancy Berardinelli-Krantz (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
nbkrantz@jonesday.com

*Counsel for Defendants The Cafesjian Family Foundation, Inc. and John J. Waters, Jr.*