**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Armenian Genocide Museum and Memorial, Inc.<br><br>                Plaintiff,<br><br>v.<br><br>The Cafesjian Family Foundation, Inc., John J. Waters, Jr., Gerard L. Cafesjian, and John J. Waters, Sr.<br><br>                Defendants. | Civil File No. 1:07-cv-01259 (CKK)<br>**Status Hearing: August 27, 2008, 10:30 a.m.** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

      Plaintiff, the Armenian Genocide Museum and Memorial, Inc. respectfully submits this unopposed motion for an extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.  For the following reasons, Plaintiff requests that this Court grant it an additional three (3) days, or until Friday, August 29, 2008, to file their Opposition to the Defendants' Motion to Dismiss Claims One, Three and Four of the Second Amended Complaint (Dkt. No. 44)("Motion to Dismiss"):

      1.      On Friday, August 15, 2008, Defendants filed the Motion to Dismiss.

      2.      Pursuant to LCvR 7(b), Plaintiff's memoranda of opposing points and authorities in opposition to the Motion to Dismiss is due to be filed August 26, 2008.

      3.      Due to the travel schedules of Plaintiff's representatives and Plaintiff's counsel, a brief extension of time is requested in order to prepare Plaintiff's Opposition Memoranda.  No other extensions of time have been sought by Plaintiff with respect to the Motion to Dismiss.

      4.      The Defendants do not oppose this extension of time.

- 2 -

Accordingly, Plaintiff respectfully requests a brief extension, or until Friday August 29, 2008, to file its Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

Respectfully submitted,

Dated:  August 25, 2008      **K&L GATES LLP**

By: _____
David T. Case (D.C. Bar No. 384062)
Bruce Nielson (D.C. Bar No. 414440)
1601 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 778-9000
Fax:  (202) 778-9100

AND

  /s/  Arnold R. Rosenfeld
Arnold R. Rosenfeld (MA Bar No. 428860)
Naoka E. Carey (MA Bar No. 655312)
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3155
Fax: (617) 261-3175

**COUNSEL FOR PLAINTIFF**